# IN THE SUPREME COURT OF THE STATE OF NEVADA

AHMAD KAVIANI,
Appellant,
vs.
QUALITY LOAN SERVICE
CORPORATION, AN UNKNOWN
ENTITY,
Respondent.

No. 74915

**FILED**

FEB 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on January 22, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth AB

cc: Hon. Rob Bare, District Judge
Ahmad Kaviani
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

18-07884